**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

ISMAEL PAUL MARTINEZ                                                                PLAINTIFF

v.                                           4:11-cv-00666-JMM

DAVID L. REYNOLDS, Circuit Judge,
20th District; *et al.*                                                                 DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 13th day of October, 2011.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE